# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HERNANDEZ, | Case No. ED-CV-13-02296 CBM (SPx) |
| Plaintiff, | ORDER OF DISMISSAL [JS-6] |
| vs. | |
| BRUCE SIMPSON and ELLA SIMPSON, | |
| Defendants. | |

Based on the joint application and stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice, subject to the terms of the settlement agreement executed by the parties. Each party shall bear its own costs. All pending hearing are now vacated and taken off calendar.

IT IS SO ORDERED.

Date:   September 29, 2014.

_____
Hon. Consuelo B. Marshall
United States District Judge